CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR10163

THE STATE OF TEXAS

VS

SALLIA VASQUEZ

IN THE 290TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
BEXAR COUNTY, TEXAS
03/30/2015 2:50:30 PM

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial:__ no _X_ yes, date filed: 03-12-2015

2. Notice of appeal was filed on 03-30-2015

3. The Honorable MELISA SKINNER presided at the trial .

4. The above named defendant was convicted of the offense(s) of ENDANGERING CHILD
   as a (Repeater) (Habitual)

5. State's appeal attorney: NICHOLAS LAHOOD    300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413    SBN: 24030360

6. Trial    Attorney(s): CHRISTOPHER L. GRAHAM

   (Retained) (Appointed) Appeals attorney: CHRISTOPHER L. GRAHAM
   Address & Phone No: 700 N ST. MARY'S 1400 SAN ANTONIO, TX, 78205- (210)787-3430    SBN: 24047549

   Defendant Pro-Se __ Yes _X_ No
7. The trial held was: ___Trial before the Court        ___Jury trial on guilt only
                        ___Jury trial on punishment only  ___Jury trial guilt and punishment
                        _X_ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
                        ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contendere
                        ___Motion to enter adjudication of guilt   ___Motion to revoke community supervision
                        ___Other

8. The sentence was (imposed  ) on:02-24-2015 for a period of:yrs:000 mths:18
   and a fine of $         1,500.00

9. Defendant  is presently in:___ BCADC _X_ TDCJID. Defendant is on __ ** RWOB **         appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: DEBRA JIMENEZ 300 DOLOROSA
    (01/12/2015)PSI  (02/24/2015)SENTENCING

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number) DC2014CR7767

WITNESS MY HAND THIS THE 30th_ DAY OF March , 2015

COURT REPORTER(S): Debra Jimenez (Hand Delievered)   Date: MAR 3 0 2015
                                                      Date:
KEITH E. HOTTLE, CLERK

BY:                                                   Date:
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY: Sarah Verdeja

VERDEJA, SARAH ALYSSA            ,DEPUTY

(jsdca)

**NO. 2014CR7767; 2014CR10163**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | 290th[TH] DISTRICT COURT |
| | ) | |
| V. | ) | |
| | ) | |
| SALLIA VASQUEZ | ) | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

SALLIA VASQUEZ, gives notice of its intent to appeal the trial court's judgment. This appeal is taken to the 4th Court of Appeals in San Antonio, Texas.

Respectfully submitted,

Lauren Graham & Associates PLLC

By:

CHRISTOPHER L. GRAHAM
Texas Bar No. 24047549
Tel. 210-787-3430
Fax. 210-787-3430
ATTORNEY FOR SALLIA VASQUEZ

## CERTIFICATE OF SERVICE

This is to certify that on 3/24/2015, a true and correct copy of the above and foregoing document was served on the Bexar County District Attorney via facsimile 210-335-2313.

Notice of Appeal                                                                                           1

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 MAR 30 P 1:12
BY_____ DEPUTY

 **LAUREN GRAHAM**
AND ASSOCIATES, PLLC
ATTORNEYS & COUNSELORS
California | Illinois | New York | Texas

3/24/2015

**VIA CERTIFIED MAIL:7014 2870 0000 9003 4197**
290th District Court
300 Dolorosa, 4th Floor
San Antonio, Texas 78205

RE: Sallia Vasquez, Case No.2014CR7767, 2014CR10163; Notice of Appeal

To Whom It May Concern:

Find enclosed the notice of appeal for Sallia Vasquez in the above-captioned cases.

You can reach me anytime via cell phone at 469-605-6846.

Thank you for your cooperation.

Regards,

Christopher L. Graham, Esq.
LGI PLLC
Lauren Graham & Associates PLLC
State Bar Number: 24047549



No. 2014 CR 0163

| | | |
|---|---|---|
| The State of Texas | § | In the 290 District Court |
| vs. | § | of |
| Silvia Vasquez | § | Bexar County, Texas |
| | § | |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☑    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

2-24-2015
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address: 2016 Ceravo SATX 78237
Telephone number: 210-551-9623

Fax number if any: _____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 24047544
Mailing address: 700 Stmyer #1400
Stn Antn TX

Telephone: _____
Fax: _____

---

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).